# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvatore Andretti,<br><br>    Petitioner,<br><br>v.<br><br>B. Von Blanckensee,<br><br>    Respondent. | No. CV-19-00117-TUC-RCC<br><br>**ORDER** |

On October 17, 2019, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which she recommended the Court deny Plaintiff Slavatore Andretti's § 2241 Habeas Petition challenging the loss of his good-time credits. (Doc. 14.) The Magistrate Judge notified the parties they had fourteen (14) days from the date of the R&R to file any objections. *Id*. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154.

The Court has reviewed and considered the original Petition (Doc. 1), Judge Bowman's screening order (Doc. 5), Respondent's response (Doc. 11), and the R&R (Doc. 14). The Court finds the R&R well–reasoned and agrees with Judge Bowman's

conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 14) and Plaintiff's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 14th day of November, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge